IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

BONNIE L. SCHERER,

    Plaintiff,

v.

                                                              Case No. 16-C-1421

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER GRANTING STIPULATION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412

       Pursuant to 42 U.S.C. § 406(b) and the Fee Agreement entered into by Plaintiff and Counsel for Plaintiff, Plaintiff has filed an unopposed motion for approval of attorneys fees in the amount of $17,635.00, which is 25 percent of $70,540.00, which in turn is the total past-due benefits awarded to Plaintiff by the Social Security Administration. Counsel for Plaintiff states that Plaintiff is entitled to a refund from Counsel in the amount of $4,099.72 for payment of fees under the Equal Access to Justice Act (EAJA). Although the EAJA Award was originally for $7,600.60, $3,500.88 of the award was applied to an existing federal debt owed by the plaintiff, leaving $4,099.72 paid to Attorney Schultz. Based on Plaintiff's submission, the Court concludes the award is reasonable. Plaintiff's counsel is entitled to attorney fees in the amount of $13,535.28, which represents 25 percent of Plaintiff's past-due benefits awarded by the Social Security Administration ($17,635.00), less $4,099.72 in attorneys' fees that counsel received from this court previous award.

       **SO ORDERED** this   31st   day of August, 2018.

                                                             s/ William C. Griesbach
                                                            William C. Griesbach, Chief Judge
                                                            United States District Judge